LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue, 26th Floor
New York, NY 10022-4802
Tel: (212) 947-4700
Fax: (212) 947-1202
Joseph N. Froehlich (JF 5221)
*Attorneys for Defendants*
*Select Portfolio Servicing, Inc., Mountain West*
*Realty Corp., Residential Real Estate Review, Inc.,*
*Alta Real Estate Services, Inc., and Pelatis Insurance Agency Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
ELLINGTON CREDIT FUND, LTD. AND ECF SPECIAL : Case No. 08-CV-02437 (RJS)
SECURITIES, LLC.,                            : ECF Case
                                             :
                 Plaintiffs,                 : **NOTICE OF APPEARANCE**
                                             :
      vs.                                    :
                                             :
SELECT PORTFOLIO SERVICING, INC.,            :
MANUFACTURERS AND TRADERS TRUST              :
COMPANY, MBIA INSURANCE CORPORATION,         :
MOUNTAIN WEST REALTY CORP.,                  :
RESIDENTIAL REAL ESTATE SERVICES, INC.,      :
ALTA REAL ESTATE SERVICES, INC. AND          :
PELATIS INSURANCE AGENCY CORP.,              :
                                             :
                 Defendants.                 :
------------------------------------------- X

TO: THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

     Please take notice that Locke Lord Bissell & Liddell LLP, by Joseph N. Froehlich, hereby appears as attorneys for Defendants Select Portfolio Servicing, Inc., Mountain West Realty Corp., Residential Real Estate Review, Inc., Alta Real Estate Services, Inc., and Pelatis Insurance Agency Corp. in this matter.

NYC 68001v.1

    The below signatory certifies that he is admitted to practice in this Court.

Dated: New York, New York  
April 16, 2008

        LOCKE LORD BISSELL & LIDDELL LLP

        s/ _____  
        JOSEPH N. FROEHLICH (JF 5221)  
        885 Third Avenue, 26th Floor  
        New York, NY  10119  
        212.947.4700  
        *Attorneys For Defendants*  
        *Select Portfolio Servicing, Inc., Mountain West Realty Corp., Residential Real Estate Review, Inc., Alta Real Estate Services, Inc., and Pelatis Insurance Agency Corp.*

## CERTIFICATE OF SERVICE

I, Joseph N. Froehlich, an attorney, hereby certify that I caused true and correct copies of the foregoing NOTICE OF APPEARANCE to be served via U.S. mail, first class, postage prepaid, this 16th day of April, 2008 on:

| | |
|---|---|
| Stephen W. Lemmon<br>BROWN McCARROLL, L.L.P.<br>111 Congress Avenue, Suite 1400<br>Austin, Texas 78701 | Attorneys for Plaintiff |
| Paul S. Francis<br>BAKER & HOSTETLER, LLP<br>1000 Louisiana, Suite 2000<br>Houston, Texas 77002 | Attorneys for Manufacturers and Traders Trust Company |
| Mark K. Glasser<br>Penn C. Huston<br>KING & SPALDING, LLP<br>1100 Louisiana, Suite 4000<br>Houston, Texas 77002 | Attorneys for MBIA Insurance Corporation |

s/
Joseph N. Froehlich

NYC 68001v.1