UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELLINGTON CREDIT FUND, LTD.
AND ECF SPECIAL SECURITIES, LLC

    Plaintiffs,

-against-

SELECT PORTFOLIO SERVICING, INC.,
MANUFACTURERS AND TRADERS
TRUST COMPANY, MBIA INSURANCE
CORPORATION, MOUNTAIN WEST
REALTY CORP., RESIDENTIAL REAL
ESTATE SERVICES, INC., ALTA REAL
ESTATE SERVICES, INC. AND PELATIS
INSURANCE AGENCY CORP.,

    Defendants.

1:08 CV 02437 (RJS)

**NOTICE OF APPEARANCE**

---

  **PLEASE TAKE NOTICE** that Paul S. Francis, Amelia Berg and Marc D. Powers, of Baker & Hostetler LLP, with their respective offices located as listed below, hereby appear on behalf of Defendant Manufacturers and Traders Trust Company in the above-captioned action. We request that all pleadings, papers and correspondence be served upon Defendant's counsel at these addresses.

Dated: New York, New York
   April 28, 2008

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: _____
 Marc D. Powers (MDP - 1528)
 45 Rockefeller Plaza
 New York, NY 10111
 Tel: (212) 589-4216
 Fax: (212) 589-4201
 Email Address: mpowers@bakerlaw.com

**BAKER & HOSTETLER LLP**
 Paul S. Francis (subject to pro hac vice admission)
 Amelia Berg (subject to pro hac vice admission)
 1000 Louisiana, Suite 2000
 Houston, TX 77002-5009
 Tel: (713) 646-1334
 Fax: (713) 751-1717

*Attorneys for Defendant*
*Manufacturers and Traders Trust Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELLINGTON CREDIT FUND, LTD.
AND ECF SPECIAL SECURITIES, LLC

        Plaintiffs,

-against-

SELECT PORTFOLIO SERVICING, INC.,
MANUFACTURERS AND TRADERS
TRUST COMPANY, MBIA INSURANCE
CORPORATION, MOUNTAIN WEST
REALTY CORP., RESIDENTIAL REAL
ESTATE SERVICES, INC., ALTA REAL
ESTATE SERVICES, INC. AND PELATIS
INSURANCE AGENCY CORP.,

        Defendants.

1:08 CV 02437 (RJS)

**CERTIFICATE OF SERVICE**

---

I, RAMON CABRERA, hereby certify that on this the 28th day of April, 2008, I served a **Notice Of Appearance** by operation of the Court's electronic filing system to the parties who are signed up to accept service via ECF. Moreover, a true copy was served by enclosing same into a first-class post-paid properly addressed wrapper and depositing same into an official depository under the exclusive care and custody of the United States Postal Service within the State of New York on the following parties who are not signed up to accept service via the Court's electronic filing system:

        Mark K. Glasser
        Penn C. Huston
        **King & Spalding**
        **1100 Louisiana Street, Suite 4000**
        **Houston, TX 77002-2764**

        _____
        Ramon Cabrera
        Paralegal