UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLINGTON CREDIT FUND, LTD. AND ECF SPECIAL SECURITIES, LLC., ) ECF Case
)
Plaintiffs, ) Civil Action No. 08 CV 02437 (RJS)
)
vs. ) **MOTION TO ADMIT COUNSEL PRO HAC VICE**
)
SELECT PORTFOLIO SERVICING, INC., MANUFACTURERS AND TRADERS TRUST COMPANY, MBIA INSURANCE CORPORATION, MOUNTAIN WEST REALTY CORP., RESIDENTIAL REAL ESTATE SERVICES, INC., ALTA REAL ESTATE SERVICES, INC. AND PELATIS INSURANCE AGENCY CORP., )
)
Defendants. )

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Joseph N. Froehlich, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of

| Applicant's Name: | Thomas G. Yoxall |
|---|---|
| Firm Name: | Locke Lord Bissell & Liddell LLP |
| Address: | 2200 Ross Avenue, Suite 2200 |
| City/State/Zip: | Dallas, Texas 75201 |
| Phone Number: | (214) 740-8000 |
| Fax Number: | (214) 740-8800 |

Mr. Yoxall is a member in good standing of the Bar of the State of Texas. There are no pending disciplinary proceedings against Mr. Yoxall in any State or Federal court.

Dated: April 30, 2008
City, State: New York, New York
Respectfully submitted,

_____
Joseph N. Froehlich (JF 5221)
jfroehlich@lockelord.com
Locke Lord Bissell & Liddell LLP
885 Third Avenue, 26th Floor
New York, New York 10022
(212) 947-4700 (Telephone)
(212) 947-1202 (Fax)

*Attorneys for Defendants Select Portfolio Servicing, Inc., Mountain West Realty Corp., Residential Real Estate Review, Inc., Alta Real Estate Services, Inc., and Pelatis Insurance Agency Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLINGTON CREDIT FUND, LTD. AND ECF SPECIAL SECURITIES, LLC., | ) ECF Case )  ) |
| Plaintiffs, | ) Civil Action No. 08 CV 02437 (RJS) ) |
| vs. | ) **AFFIDAVIT OF JOSEPH N. FROEHLICH** ) **IN SUPPORT OF MOTION TO ADMIT** |
| SELECT PORTFOLIO SERVICING, INC., MANUFACTURERS AND TRADERS TRUST COMPANY, MBIA INSURANCE CORPORATION, MOUNTAIN WEST REALTY CORP., RESIDENTIAL REAL ESTATE SERVICES, INC., ALTA REAL ESTATE SERVICES, INC. AND PELATIS INSURANCE AGENCY CORP., | ) **COUNSEL PRO HAC VICE** ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

I, JOSEPH N. FROEHLICH, hereby declare as follows:

1. I am a partner at Locke Lord Bissell & Liddell LLP, counsel for Defendants Select Portfolio Servicing, Inc., Mountain West Realty Corp., Residential Real Estate Review, Inc., Alta Real Estate Services, Inc., and Pelatis Insurance Agency Corp. (collectively, "SPS Defendants") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the SPS Defendants' motion to admit Thomas G. Yoxall as counsel pro hac vice to represent the SPS Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1997. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Thomas G. Yoxall since early March 2008.

4. Mr. Yoxall is a partner at Locke Lord Bissell & Liddell LLP in Dallas, Texas.

5. I have found Mr. Yoxall to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Thomas G. Yoxall, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Thomas G. Yoxall, pro hac vice, which is attached hereto as Exhibit A. Attached as Exhibit B is Certificate of Good Standing from the State of Texas.

WHEREFORE it is respectfully requested that the motion to admit Thomas G. Yoxall, pro hac vice, to represent the SPS Defendants in the above captioned matter, be granted.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct and that this Declaration was executed on April 30, 2008 in New York, New York.

Respectfully submitted,

*/s/ Joseph N. Froehlich*
Joseph N. Froehlich

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLINGTON CREDIT FUND, LTD. AND ECF SPECIAL SECURITIES, LLC., | ) ECF Case )  ) |
| Plaintiffs, | ) Civil Action No. 08 CV 02437 (RJS) ) |
| vs. | ) **ORDER FOR ADMISSION PRO HAC** ) **VICE ON WRITTEN MOTION** |
| SELECT PORTFOLIO SERVICING, INC., MANUFACTURERS AND TRADERS TRUST COMPANY, MBIA INSURANCE CORPORATION, MOUNTAIN WEST REALTY CORP., RESIDENTIAL REAL ESTATE SERVICES, INC., ALTA REAL ESTATE SERVICES, INC. AND PELATIS INSURANCE AGENCY CORP., | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Upon the motion of Joseph N. Froehlich, attorney for Defendants Select Portfolio Servicing, Inc., Mountain West Realty Corp., Residential Real Estate Review, Inc., Alta Real Estate Services, Inc., and Pelatis Insurance Agency Corp. (collectively, "SPS Defendants"), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:  Thomas G. Yoxall
    Firm Name:  Locke Lord Bissell & Liddell LLP
    Address:  2200 Ross Avenue, Suite 2200
    City/State/Zip:  Dallas, Texas 75201
    Telephone/Fax:  214-740-8000(t)/ 214-740-8800(f)
    Email Address:  tyoxall@lockelord.com

is admitted to practice pro hac vice as counsel for the SPS Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:  New York, New York

 

_____
United States District/Magistrate Judge

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Thomas George Yoxall**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of November, 1992.

I further certify that the records of this office show that, as of this date

**Thomas George Yoxall**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 21st day of April, 2008.
BLAKE HAWTHORNE, Clerk

by *Brad Sonego*
Brad Sonego, Deputy Clerk

No. 0421F

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLINGTON CREDIT FUND, LTD. AND ECF SPECIAL SECURITIES, LLC., | ) ECF Case ) |
| Plaintiffs, | ) Civil Action No. 08 CV 02437 (RJS) ) |
| vs. | ) ) |
| SELECT PORTFOLIO SERVICING, INC., MANUFACTURERS AND TRADERS TRUST COMPANY, MBIA INSURANCE CORPORATION, MOUNTAIN WEST REALTY CORP., RESIDENTIAL REAL ESTATE SERVICES, INC., ALTA REAL ESTATE SERVICES, INC. AND PELATIS INSURANCE AGENCY CORP., | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    SS.:
COUNTY OF NEW YORK  )

MARIE DEZINNA, being duly sworn, deposes and says:

I am not a party to the within action, I am over 18 years of age, and I reside in Queens, County, New York.

That on April 30, 2008, deponent served the annexed **MOTION TO ADMIT COUNSEL PRO HAC VICE** upon:

>Patricia Baron Tomasco
>Brown McCarroll, LLP
>111 Congress Avenue
>Austin, Texas 78707
>*Attorneys for Plaintiff*
>
>Paul S. Francis, Esq.
>Baker & Hostetler
>1000 Louisiana, Suite 2000
>Houston, Texas 77002.
>*Attorneys for Defendant*
>*Manufacturers & Traders Trust Co.*

      Mark K. Glasser, Esq.
      King & Spalding
      1100 Louisiana, Suite 4000
      Houston, Texas 77002.
      *Attorneys for Defendant*
      *MBIA Insurance Corporation*

address designated by said attorneys for that purpose, by depositing a true copy of same, enclosed in a properly addressed postpaid wrapper, in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York

                                                              MARIE DEZINNA

SWORN TO BEFORE ME THIS
30th day of April, 2008

*Patricia Murray*

NYC 66575v.1

PATRICIA MURRAY
Notary Public - State of New York
NO. 01MU4974331
Qualified in Richmond County
My Commission Expires 11/13/10

2