ORIGINAL
SCANNED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLINGTON CREDIT FUND, LTD.<br>AND ECF SPECIAL SECURITIES, LLC.,<br>                            *Plaintiffs*,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br>MANUFACTURERS AND TRADERS TRUST<br>COMPANY, MBIA INSURANCE CORPORATION,<br>MOUNTAIN WEST REALTY CORP.,<br>RESIDENTIAL REAL ESTATE SERVICES, INC.,<br>AND PELATIS INSURANCE AGENCY CORP.,<br><br>                            *Defendants*. | Case No. 08-CV-02437 (RJS)<br><br><br><br>**MOTION TO ADMIT COUNSEL<br>PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Richard T. Marooney, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Penn C. Huston
    King & Spalding LLP
    1100 Louisiana Street
    Suite 4000
    Houston, TX 77002-2764
    Phone: (713) 751-3282
    phuston@kslaw.com
    To Represent: Defendant MBIA Insurance Corporation

Penn C. Huston is a member in good standing of the Bar of the State of Texas. There are no pending disciplinary proceedings against Penn C. Huston in any state or federal court.

SCANNED

Dated: May 2, 2008

                                                    Respectfully Submitted,

                                           /s/ Richard T. Marooney

Richard T. Marooney (RM0276)
King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036
Phone: (212) 556-2242

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLINGTON CREDIT FUND, LTD. AND ECF SPECIAL SECURITIES, LLC.,                                 *Plaintiffs*, <br><br> v. <br><br> SELECT PORTFOLIO SERVICING, INC., MANUFACTURERS AND TRADERS TRUST COMPANY, MBIA INSURANCE CORPORATION, MOUNTAIN WEST REALTY CORP., RESIDENTIAL REAL ESTATE SERVICES, INC., AND PELATIS INSURANCE AGENCY CORP., <br><br>                                   *Defendants.* | Case No. 08-CV-02437 (RJS) <br><br> **AFFIDAVIT OF RICHARD T. MAROONEY IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

State of New York  )
                       )   SS:
County of New York)

Richard T. Marooney, being duly sworn, hereby deposes and says as follows:

1. I am a member of King & Spalding LLP, counsel for Defendant MBIA Insurance Corporation in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Penn C. Huston as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the State Bar of New York, and was admitted to practice law in 1995. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Penn C. Huston since 2001.

4. Mr. Huston is a member of King & Spalding LLP in Houston, Texas.

5. I have found Mr. Huston to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Penn C. Huston, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Penn C. Huston, pro hac vice, which is attached hereto.

WHEREFORE it is respectfully requested that the motion to admit Penn C. Huston, pro hac vice, to represent Defendant MBIA Insurance Corporation in the above-captioned matter, be granted.

_____
Richard T. Marooney

Sworn to before me this
2nd day of May, 2008

_____
Notary Public

Notary ...
Commission Expires Oct. 19, 200...
1-30-2010

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

April 28, 2008

RE: **Mr. Penn Christopher Huston**
State Bar Number - **00796804**

To Whom it May Concern:

This is to certify that Mr. Penn Christopher Huston was licensed to practice law in Texas on November 01, 1996 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

John A. Neal
Chief Disciplinary Counsel

JN/dh



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLINGTON CREDIT FUND, LTD. AND ECF SPECIAL SECURITIES, LLC., *Plaintiffs*, v. SELECT PORTFOLIO SERVICING, INC., MANUFACTURERS AND TRADERS TRUST COMPANY, MBIA INSURANCE CORPORATION, MOUNTAIN WEST REALTY CORP., RESIDENTIAL REAL ESTATE SERVICES, INC., AND PELATIS INSURANCE AGENCY CORP., *Defendants*. | Case No. 08-CV-02437 (RJS)<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Richard T. Marooney and said sponsor attorney's affidavit in support; **IT IS HEREBY ORDERED THAT**

Mark K. Glasser
King & Spalding LLP
1100 Louisiana Street
Suite 4000
Houston, TX 77002-2764
Phone: (713) 751-3200
phuston@kslaw.com

To Represent: Defendant MBIA Insurance Corporation

is admitted to practice pro hac vice as counsel for Defendant MBIA Insurance Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of all attorneys. If this action is assigned to the Electronic Case Filing (ECF) System, counsel shall immediately apply for an ECF password at nys.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____

City, State: _____

                                                    _____
                                                    United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLINGTON CREDIT FUND, LTD. AND ECF SPECIAL SECURITIES, LLC., <br>         *Plaintiffs*,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC., MANUFACTURERS AND TRADERS TRUST COMPANY, MBIA INSURANCE CORPORATION, MOUNTAIN WEST REALTY CORP., RESIDENTIAL REAL ESTATE SERVICES, INC., AND PELATIS INSURANCE AGENCY CORP.,<br><br>         *Defendants*. | Case No. 08-CV-02437 (RJS) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel in this action with a true and correct copy of the (i) Motion to Admit Counsel Pro Hac Vice; (ii) Affidavit of Richard T. Marooney in Support of Motion to Admit Counsel Pro Hac Vice; (iii) Certificate of Good Standing for the State Bar of Texas; and (iv) Order for Admission Pro Hac Vice on Written Motion by electronic mail and causing the same to be deposited in the United States Mail in an envelope with adequate postage affixed thereon to ensure delivery via first class mail as follows:

Kell Corrigan Mercer
Brown, McCarroll, LLP
111 Congress Avenue
Suite 1400
Austin, TX 78701
(512) 479-9749

M. Daniel Guerra
Brown, McCarroll, LLP
111 Congress Avenue
Suite 1400
Austin, TX 78701
(512) 479-9749

Benjamin David Lee Foster
Locke Lord Bissell & Liddell, LLP
100 Congress Avenue
Suite 300
Austin, TX 78701-4042
(512) 305-4751

C. Don Clayton
Locke Lord Bissell & Liddell, LLP
2200 Ross Avenue
Suite 2200
Dallas, TX 75201-6776
(214) 740-8584

| | |
|---|---|
| Elizabeth K. Duffy<br>Locke Lord Bissell & Liddell, LLP<br>2200 Ross Avenue<br>Suite 2200<br>Dallas, TX 75201-6776<br>(214) 740-8584 | Thomas G. Yoxall<br>Locke Lord Bissell & Liddell, LLP<br>2200 Ross Avenue<br>Suite 2200<br>Dallas, TX 75201-6776<br>(214) 740-8584 |
| Amelia Berg<br>Baker & Hostetler<br>1000 Louisiana<br>Suite 2000<br>Houston, TX 77002<br>(713) 646-1361 | Paul S. Francis<br>Baker & Hostetler<br>1000 Louisiana<br>Suite 2000<br>Houston, TX 77002<br>(713) 646-1361 |

Dated: 5/2/08

*(signature)*
Richard T. Marooney