UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

| | |
|---|---|
| ELLINGTON CREDIT FUND, LTD. AND ECF SPECIAL SECURITIES, LLC § PLAINTIFFS § § V. § § SELECT PORTFOLIO, INC., § MANUFACTURERS AND TRADERS § TRUST COMPANY, MBIA INSURANCE § CORPORATION, MOUNTAIN WEST § REALTY CORP., RESIDENTIAL REAL § ESTATE SERVICES, INC., ALTA REAL § ESTATE SERVICES, INC., AND PELATIS § INSURANCE AGENCY CORP. § DEFENDANTS § | ECF CASE

CASE NO. 1:08-CV-02437-RJS

MOTION TO ADMIT COUNSEL PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Patricia B. Tomasco, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of

| Applicant's Name: | Stephen W. Lemmon |
|---|---|
| Firm Name: | Brown McCarroll, L.L.P. |
| Address: | 111 Congress Avenue, Suite 1400 |
| City/State/Zip: | Austin, Texas 78701 |
| Phone Number: | 512-479-1148 |
| Fax Number: | 512-226-7325 |

Mr. Lemmon is a member in good standing of the Bar of the State of Texas. There are no pending disciplinary proceedings against Mr. Lemmon in any State or Federal court.

4127158.1
54354.1

Dated: May 6, 2008
Austin, Texas

                         Respectfully submitted,

                         **BROWN MCCARROLL, L.L.P.**
                         111 Congress Avenue, Suite 1400
                         Austin, Texas 78701
                         (512) 479-1141
                         (512) 226-7320 (fax)

                         By: _/s/ Patricia Tomasco_
                         Patricia B. Tomasco (PT 0899)
                         Texas Bar No. 01797600
                         ptomasco@mailbmc.com
                         Stephen W. Lemmon
                         Texas Bar No. 12194500
                         slemmon@mailbmc.com
                         M. Daniel Guerra
                         Texas Bar No. 00793865
                         dguerra@mailbmc.com
                         Kell C. Mercer
                         Texas Bar No. 24007668
                         kmercer@mailbmc.com

                         ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

| | |
|---|---|
| ELLINGTON CREDIT FUND, LTD.<br>AND ECF SPECIAL SECURITIES, LLC<br>  PLAINTIFFS<br><br>V.<br><br>SELECT PORTFOLIO, INC.,<br>MANUFACTURERS AND TRADERS<br>TRUST COMPANY, MBIA INSURANCE<br>CORPORATION, MOUNTAIN WEST<br>REALTY CORP., RESIDENTIAL REAL<br>ESTATE SERVICES, INC., ALTA REAL<br>ESTATE SERVICES, INC., AND PELATIS<br>INSURANCE AGENCY CORP.<br>  DEFENDANTS | ECF CASE<br><br><br><br>CASE NO. 1:08-CV-02437-RJS<br><br>AFFIDAVIT OF PATRICIA B.<br>TOMASCO IN SUPPORT OF<br>MOTION TO ADMIT COUNSEL<br>PRO HAC VICE |

I, PATRICIA B. TOMASCO, hereby declare as follows:

1. I am a partner at Brown McCarroll, L.L.P., counsel for Plaintiffs, Ellington Credit Fund, Ltd. and ECF Special Securities, LLC, in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Stephen W. Lemmon as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice on December 7, 2006. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3. I have known Stephen W. Lemmon since 1986.

4. Mr. Lemmon is a partner at Brown McCarroll, L.L.P. in Austin, Texas.

5. I have found Mr. Lemmon to be a skilled attorney and a person of integrity. He is experienced in Federal practice and familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Stephen W. Lemmon, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Stephen W. Lemmon, pro hac vice, which is attached hereto as Exhibit A. Attached hereto as Exhibit B is a Certificate of Good Standing from The Supreme Court of Texas.

4127984.1
54354.1

WHEREFORE, it is respectfully requested that the Motion to Admit Stephen W. Lemmon, pro hac vice, to represent Plaintiffs in the above-captioned matter, be granted.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct and that this Affidavit was executed on May 6, 2008, in Austin, Texas.

Dated:   May 6, 2008
         Austin, Texas

                          Respectfully submitted,

                          **BROWN MCCARROLL, L.L.P.**
                          111 Congress Avenue, Suite 1400
                          Austin, Texas 78701
                          (512) 479-1141
                          (512) 226-7320 (fax)

By: _/s/ Patricia Tomasco_
                          Patricia B. Tomasco (PT 0899)
                          Texas Bar No. 01797600
                          ptomasco@mailbmc.com

**EXHIBIT "A"**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

|  |  |
|---|---|
| ELLINGTON CREDIT FUND, LTD. AND ECF SPECIAL SECURITIES, LLC<br>　　　PLAINTIFFS<br><br>V.<br><br>SELECT PORTFOLIO, INC., MANUFACTURERS AND TRADERS TRUST COMPANY, MBIA INSURANCE CORPORATION, MOUNTAIN WEST REALTY CORP., RESIDENTIAL REAL ESTATE SERVICES, INC., ALTA REAL ESTATE SERVICES, INC., AND PELATIS INSURANCE AGENCY CORP.<br>　　　DEFENDANTS | ECF CASE<br><br><br><br><br>CASE NO. 1:08-CV-02437-RJS<br><br><br>ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION |

Upon the Motion of Patricia B. Tomasco, counsel for Plaintiffs Ellington Credit Fund, Ltd. and ECF Special Securities, LLC, and said sponsor attorney's Affidavit in support;

**IT IS HEREBY ORDERED** that

| Applicant's Name: | Stephen W. Lemmon |
|---|---|
| Firm Name: | Brown McCarroll, L.L.P. |
| Address: | 111 Congress Avenue, Suite 1400 |
| City/State/Zip: | Austin, Texas 78701 |
| Phone Number: | 512-479-1148 |
| Fax Number: | 512-226-7325 |

is admitted to practice pr hac vice as counsel for Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____
　　　　　New York, New York


　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

4128023.1
54354.1

**EXHIBIT "B"**

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE**, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Stephen Wayne Lemmon**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 2nd day of November, 1984.

I further certify that the records of this office show that, as of this date

**Stephen Wayne Lemmon**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 5th day of May, 2008.
BLAKE HAWTHORNE, Clerk

by _____
Jessica Hamby, Deputy Clerk

No. 0505B

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

| | |
|---|---|
| ELLINGTON CREDIT FUND, LTD. AND ECF SPECIAL SECURITIES, LLC<br>PLAINTIFFS<br><br>V.<br><br>SELECT PORTFOLIO, INC., MANUFACTURERS AND TRADERS TRUST COMPANY, MBIA INSURANCE CORPORATION, MOUNTAIN WEST REALTY CORP., RESIDENTIAL REAL ESTATE SERVICES, INC., ALTA REAL ESTATE SERVICES, INC., AND PELATIS INSURANCE AGENCY CORP.<br>DEFENDANTS | ECF CASE<br><br>CASE NO. 1:08-CV-02437-RJS<br><br>PROOF OF SERVICE AS TO MOTION TO ADMIT COUNSEL PRO HAC VICE |

I, PENNY S. KELLER, hereby certify that on May 6, 2008, a true and correct copy of *Motion to Admit Counsel Pro Hac Vice* and *Affidavit of Patricia B. Tomasco in Support of Motion to Admit Counsel Pro Hac Vice* was served via United States first-class mail on the following counsel:

Mark K. Glasser
Penn C. Huston
**King & Spalding, L.L.P.**
1100 Louisiana
Houston, TX 77002

Joseph N. Froehlich
**Lord, Bissell & Brook, LLP**
885 Third Avenue, 26th Floor
New York, NY 10022-4802

Thomas G. Yoxall
**Locke Lord Bissell & Liddell, LLP**
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776

4128093.1
54354.1

        Marc D. Powers
        **Baker & Hostetler LLP**
        45 Rockefeller Plaza
        New York, NY 10111

Dated:    May 6, 2008
          Austin, Texas

                              /s/ Penny S. Keller
                              Penny S. Keller
                              Paralegal
                              **Brown McCarroll, L.L.P.**

4128093.1
54354.1