**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ELLINGTON CREDIT FUND, LTD. AND ECF ) ECF Case
SPECIAL SECURITIES, LLC., )
)
    Plaintiffs, ) Civil Action No. 08 CV 02437 (RJS)
)
    vs. ) **ORDER FOR ADMISSION PRO HAC**
) **VICE ON WRITTEN MOTION**
SELECT PORTFOLIO SERVICING, INC., )
MANUFACTURERS AND TRADERS TRUST )
COMPANY, MBIA INSURANCE )
CORPORATION, MOUNTAIN WEST REALTY )
CORP., RESIDENTIAL REAL ESTATE )
SERVICES, INC., ALTA REAL ESTATE )
SERVICES, INC. AND PELATIS INSURANCE )
AGENCY CORP., )
)
    Defendants. )

*[stamp: USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED: 5/9/08]*

Upon the motion of Joseph N. Froehlich, attorney for Defendants Select Portfolio Servicing, Inc., Mountain

West Realty Corp., Residential Real Estate Review, Inc., Alta Real Estate Services, Inc., and Pelatis Insurance

Agency Corp. (collectively, "SPS Defendants"), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name: Benjamin David Lee Foster
    Firm Name: Locke Lord Bissell & Liddell LLP
    Address: 100 Congress Avenue
    City/State/Zip: Austin, Texas 78701
    Telephone/Fax: 512-305-4700(t)/ 512-305-4800(f)
    Email Address: dfoster@lockelord.com

is admitted to practice pro hac vice as counsel for the SPS Defendants in the above captioned case in the

United States District Court for the Southern District of New York. All attorneys appearing before this

Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this

action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF

password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 5/7/08
City, State: New York, New York

                       United States District/Magistrate Judge