ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08
```

ELLINGTON CREDIT FUND, LTD. §
AND ECF SPECIAL SECURITIES, LLC, §
    PLAINTIFFS, §
 §
V. §    CASE NO. 1:08-CV-02437-RJS
 §
SELECT PORTFOLIO, INC., §
MANUFACTURERS AND TRADERS §    ORDER ON PRO HAC VICE
TRUST COMPANY, MBIA INSURANCE §    MOTION
CORPORATION, MOUNTAIN WEST §
REALTY CORP., RESIDENTIAL REAL §
ESTATE SERVICES, INC., ALTA REAL §
ESTATE SERVICES, INC., AND PELATIS §
INSURANCE AGENCY CORP., §
    DEFENDANTS. §

This matter comes before the Court on Defendant Manufacturer and Traders Trust Company's motion to admit counsel <u>pro hac vice</u>.

Upon the matters presented to the Court, it is hereby ORDERED that the motion be, and hereby is, GRANTED.

The admitted attorneys, Paul S. Francis and Amelia G. Berg, are permitted to argue or try this particular case in whole or in part as co-lead counsel or advocates for Defendant Manufacturer and Traders Trust Company.

ENTERED this _____ day of _____ May _____, 2008.

_____
UNITED STATES DISTRICT JUDGE