SDNY Bar Code: JF 5221

'TED STATES DISTRICT COURT
JTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLINGTON CREDIT FUND, LTD. AND ECF SPECIAL SECURITIES, LLC., | ) ECF Case )  ) |
| Plaintiffs, | ) Civil Action No. 08 CV 02437 (RJS) ) |
| vs. | ) **ORDER FOR ADMISSION PRO HAC** ) **VICE ON WRITTEN MOTION** |
| SELECT PORTFOLIO SERVICING, INC., MANUFACTURERS AND TRADERS TRUST COMPANY, MBIA INSURANCE CORPORATION, MOUNTAIN WEST REALTY CORP., RESIDENTIAL REAL ESTATE SERVICES, INC., ALTA REAL ESTATE SERVICES, INC. AND PELATIS INSURANCE AGENCY CORP., | )  )  )  )  )  )  )  ) |
| Defendants. | ) |

SPS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 5/9/08

Upon the motion of Joseph N. Froehlich, attorney for Defendants Select Portfolio Servicing, Inc., Mountain West Realty Corp., Residential Real Estate Review, Inc., Alta Real Estate Services, Inc., and Pelatis Insurance Agency Corp. (collectively, "SPS Defendants"), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name: Thomas G. Yoxall
Firm Name: Locke Lord Bissell & Liddell LLP
Address: 2200 Ross Avenue, Suite 2200
City/State/Zip: Dallas, Texas 75201
Telephone/Fax: 214-740-8000(t)/ 214-740-8800(f)
Email Address: tyoxall@lockelord.com

is admitted to practice pro hac vice as counsel for the SPS Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 5/7/08
City, State: New York, New York

United States District/Magistrate Judge