UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08

ELLINGTON CREDIT FUND, LTD., ET AL.,

        Plaintiffs,

-v-

SELECT PORTFOLIO SERVICES, INC., ET AL.,

        Defendants.

No. 08 Civ. 2437 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

With respect to the defendants' motion to stay discovery during the pendency of the motion to dismiss, supplemental briefing, in the form of letter briefs of no more than three pages, is due May 16, 2008. No reply is authorized. The parties are reminded that letters to the court are to be submitted directly to chambers; ECF will not accept letters for filing.

SO ORDERED.

Dated:    May 9, 2008
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE