UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

| | |
|---|---|
| ELLINGTON CREDIT FUND, LTD. AND ECF SPECIAL SECURITIES, LLC PLAINTIFFS | ECF CASE |
| V. | CASE NO. 1:08-CV-02437-RJS |
| SELECT PORTFOLIO, INC., MANUFACTURERS AND TRADERS TRUST COMPANY, MBIA INSURANCE CORPORATION, MOUNTAIN WEST REALTY CORP., RESIDENTIAL REAL ESTATE SERVICES, INC., ALTA REAL ESTATE SERVICES, INC., AND PELATIS INSURANCE AGENCY CORP. DEFENDANTS | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08

Upon the Motion of Patricia B. Tomasco, counsel for Plaintiffs Ellington Credit Fund, Ltd. and ECF Special Securities, LLC, and said sponsor attorney's Affidavit in support;

**IT IS HEREBY ORDERED** that

| Applicant's Name: | Stephen W. Lemmon |
|---|---|
| Firm Name: | Brown McCarroll, L.L.P. |
| Address: | 111 Congress Avenue, Suite 1400 |
| City/State/Zip: | Austin, Texas 78701 |
| Phone Number: | 512-479-1148 |
| Fax Number: | 512-226-7325 |

is admitted to practice pr hac vice as counsel for Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: May 12, 2008
New York, New York

United States District Judge

4128023.1
54354.1