IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ELLINGTON CREDIT FUND, LTD.
AND ECF SPECIAL SECURITIES, LLC.,
                    *Plaintiffs,*

v.

SELECT PORTFOLIO SERVICING, INC.,
MANUFACTURERS AND TRADERS TRUST
COMPANY, MBIA INSURANCE CORPORATION,
MOUNTAIN WEST REALTY CORP.,
RESIDENTIAL REAL ESTATE SERVICES, INC.,
AND PELATIS INSURANCE AGENCY CORP.,

                    *Defendants.*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08

Case No. 08-CV-02437 (RJS)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Richard T. Marooney and said sponsor attorney's affidavit in support; **IT IS HEREBY ORDERED THAT**

    Mark K. Glasser
    Baker Botts LLP
    One Shell Plaza
    910 Louisiana Street
    Houston, TX 77002
    Phone: (713) 229-1234
    To Represent: Defendant MBIA Insurance Corporation

is admitted to practice pro hac vice as counsel for Defendant MBIA Insurance Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of all attorneys. If this action is assigned to the Electronic Case Filing (ECF) System, counsel shall immediately apply for an ECF password at nys.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

SO ORDERED
Dated: 5/13/08

RICHARD J. SULLIVAN
U.S.D.J.