UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/09
```

ELLINGTON CREDIT FUND, LTD., *et al.*,

                Plaintiffs,

-v-

SELECT PORTFOLIO SERVICES, INC., *et al.*,

                Defendants.

No. 08 Civ. 2437 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

By Order dated June 12, 2008, the Court granted Defendants' request for a stay of discovery during the pendency of its motions to dismiss. By Order dated February 3, 2009, the Court denied Plaintiffs' motion to lift the stay.

The Court is now in receipt of Plaintiffs' letter dated September 2, 2009 requesting permission to move to lift the stay of discovery as to those claims not challenged in Defendants' motion to dismiss. As directed by this Court's Individual Practice 2.A, Defendants should have submitted a letter responding to the contemplated motion within three days.

Therefore, IT IS HEREBY ORDERED that Defendants shall submit a letter responding to the Plaintiffs' pre-motion letter no later than September 15, 2009.

SO ORDERED.

Dated:    September 10, 2009
            New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE